THOMAS M. KING et al., Respondents, *v.* REON BARNES et al., Appellants.

(Argued October 18, 1887; decided October 25, 1887.)

*Noah Davis* for appellants.

*W. W. MacFarland* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

JENNIE E. WELLS, Respondent, *v.* HENRY H. WELLS, Appellant.

(Argued October 18, 1887; decided October 25, 1887.)

*M. A. Whitney* for appellant.

*Dilworth M. Silver* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

In the Matter of the Application of ERASTUS H. MUNSON for the Appointment of Commissioners, etc.

(Argued October 18, 1887; decided October 25, 1887.)

*D. J. Dean* for appellant.

*John C. Shaw* for respondent.

Agree to affirm order on opinions of DANIELS and BARRETT, JJ., in court below.
All concur.
Order affirmed.